```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-02548-MDF
Amy L Pulaski                                                   Chapter 7
         Debtor          CERTIFICATE OF NOTICE
```

District/off: 0314-1      User: CKovach          Page 1 of 1           Date Rcvd: Jul 21, 2016
                          Form ID: nthrgreq      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2016.
db            +Amy L Pulaski,   548 Highland Street,   Harrisburg, PA 17113-2640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: cbp@springleaf.com Jul 21 2016 19:04:08      SPRINGLEAF FINANCIAL SERVICES,
                PO BOX 3251,   EVANSVILLE, IN  47731
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
              Anthony Todd McBeth    on behalf of Debtor Amy L Pulaski atmlaw1@verizon.net
              Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Amy L Pulaski
**Debtor(s)**

Chapter: 7

Case number: 1:16−bk−02548−MDF

Document Number: 10

Matter: Reaffirmation Agreement

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 17, 2016.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: August 9, 2016** **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: CKovach |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 21, 2016 |