```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 16-02548-MDF
Amy L Pulaski                                                       Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1        User: CKovach            Page 1 of 1         Date Rcvd: Aug 10, 2016
                            Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: cbp@springleaf.com Aug 10 2016 18:59:55      SPRINGLEAF FINANCIAL SERVICES,
               PO BOX 3251,    EVANSVILLE, IN   47731
                                                                                          TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:
              Anthony Todd McBeth    on behalf of Debtor Amy L Pulaski atmlaw1@verizon.net
              Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Soundview Home Loan Trust 2005-4 Asset-Backed Certificates, Series 2005-4
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| AMY L PULASKI, | : | |
| Debtor. | : | CASE NO. 1:16-bk-02548 MDF |
| | : | |
| | : | Reaffirmation Agreement (Docket #10) |

### ORDER DISAPPROVING REAFFIRMATION AGREEMENT

After a hearing as required by 11 U.S.C. § 524(d) on the Reaffirmation Agreement filed by Springleaf Financial Services between itself as creditor and Debtor, it is hereby:

ORDERED that the Reaffirmation Agreement is DISAPPROVED as imposing an undue hardship on the Debtor under 11 U.S.C. § 524(m).

By the Court,

Mary D. France
Bankruptcy Judge
(VK)

Date: August 10, 2016